CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 8 2009

JOHN F. CORCORAN, CLERK
BY: _____
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| EDWIN R. CRUZ, | ) | |
|     Petitioner, | ) | Civil Action No. 7:09-cv-00195 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRACY RAY, | ) | By: James C. Turk |
|     Respondent. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

## ORDERED

that petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**

and this action shall be **STRICKEN** from the active docket of the court.

The clerk is directed to send a certified copy of this order and accompanying memorandum

opinion to the petitioner.

ENTER: This _____ day of June, 2009.

_____
Senior United States District Judge

4